Harley THRIFT, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 15425.

United States Court of Appeals
Fifth Circuit.

Oct. 21, 1955.

M. H. Myerson, Jacksonville, Fla., for appellant.

James L. Guilmartin, U. S. Atty., Miami, Fla., E. Coleman Madsen, Asst. U. S. Atty., Miami, Fla., for appellee.

Before RIVES, TUTTLE, and JONES, Circuit Judges.

PER CURIAM.

The judgment is affirmed—see Rule 41 (d), Federal Rules of Criminal Procedure, 18 U.S.C.A.; Reisgo v. United States, 5 Cir., 285 F. 740; Nordelli v. United States, 9 Cir., 24 F.2d 665, 667.

Affirmed.

In re CITY OF FORT LAUDERDALE, FLORIDA, Praying for a Writ of Mandamus.

No. 15792.

United States Court of Appeals
Fifth Circuit.

Sept. 28, 1955.

C. A. Hiaasen, James M. Crum, Fort Lauderdale, Fla., for petitioner.

Before HUTCHESON, Chief Judge, and BORAH and RIVES, Circuit Judges.

PER CURIAM.

Upon consideration of petitioner's motion for leave to file a petition for a writ of mandamus in the above cause,

It is ordered, that leave to file the petition for a writ of mandamus be and the same is denied;

It is further ordered that the denial of this motion shall be without prejudice to petitioner's right of appeal.